*Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 425, Misc. HASSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 440, Misc. WILDE *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied.

No. 486, Misc. McAFFEE *v.* CLEMMER, DIRECTOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward E. O'Neill* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

No. 557, Misc. GLAŻEWSKI *v.* PENNINGTON, SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. *Leo W. White* for petitioner. *Mitchell Jenkins* for respondent.

No. 576, Misc. NICHOLSON, ADMINISTRATOR, ET AL. *v.* THOMPSON, TRUSTEE. C. A. 6th Cir. Certiorari denied. *William A. McTighe* for petitioners. *Walter P. Armstrong* for respondent.

No. 583, Misc. DARDEN *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 584, Misc. WRIGHT *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.